UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL SANFORD,

        Plaintiff(s),        CASE NUMBER: 09-12609
                                          HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 27, 2010, Magistrate Judge Charles E. Binder submitted a Report and Recommendation (Doc. #24) recommending that the Court DENY Plaintiff's Motion for Summary Judgment (Doc. #15) and GRANT Defendant's Motion for Summary Judgment (Doc. #20). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS ORDERED**.

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: May 20, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Paul Sanford by electronic means or U.S. Mail on May 20, 2010.

s/Carol A. Pinegar
Deputy Clerk